Samuel Brody, Respondent, v. Morris Sonin and Abel Sonin, Appellants.— Motion for reargument granted, without costs, on condition that the appellants stipulate to submit the case within ten days, if the respondent so elect; otherwise motion denied, with ten dollars costs. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Bird S. Coler, Respondent, v. The Brooklyn Daily Eagle, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Frederick Crane, Respondent, v. Chase Andrews and Others, Defendants. Harold G. Villard and Hudson Iron Company, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

James A. Halley, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, Gaynor, Rich and Miller, JJ.; Burr, J., taking no part.

Frederick Horstman, Respondent, v. Marx Hartman, Appellant.— Motion denied, without costs. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

In the Matter of the Application of Robert V. Dougher for Admission to the Bar.— Application granted and order signed. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Francis Schlosser, Administrator, etc., of Elizabeth Schlosser, Deceased.— Motion denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

John P. Kraemer, Appellant, v. Richard H. Williams, Impleaded with Thomas Williams, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

William H. Sweet, Respondent, v. Martha J. Marsh and Another, Appellants. — Motion granted so as to recite that the reversal is upon the law and the facts. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

## THIRD DEPARTMENT, JUNE, 1909.

Matthias H. Arnot, as Trustee, Respondent, v. Union Salt Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Theresa Alouro and Louis Fazio, as Administrators, etc., of Nicholas Alouro, Deceased, Respondents, v. Syracuse, Binghamton and New York Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Citizens' National Bank of Saratoga Springs, N. Y., Respondent, v. Frances M. Gardner and Fred W. Gardner, Appellants.— Motion denied.

Mary C. Coyle, Respondent, v. James H. Coyle, Appellant, Impleaded with Rose A. Coyle, now Rose A. Coyle Droogan.— Order affirmed, with ten dollars costs and disbursements. All concurred.